UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WELLS FARGO BANK, N.A.<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ANN R. GEORGE and LONNA L. JACKSON f/k/a Lonna L. Alvarez,<br><br>　　　　　　　　　Defendants. | Case No. 2:18-cv-01769-BJR<br><br>**STIPULATION AND SUBJOINED ORDER FOR INTERPLEADER OF FUNDS AND DISMISSAL** |

All parties, by and through their undersigned counsel hereby stipulate to the following and request that the Court enter the adjoining order.

**STIPULATION**

a. That this Court has jurisdiction over the parties;

b. That this Court should permit Wells Fargo Bank, N.A. ("Wells Fargo") to deduct from the $262,027.51 plus any additional accrued interest (the "Restrained Proceeds"[1]) its

---

[1] For purposes of this Stipulation, capitalized terms herein shall have the same meaning ascribed to them in the Complaint (Dkt. #1).

STIPULATION AND SUBJOINED ORDER FOR
INTERPLEADER OF FUNDS AND DISMISSAL - 1
(CASE NO. 2:18-CV-01769-BJR

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

072979\00704\86749890.v4

reasonable costs and attorneys' fees incurred in connection with this action, in the amount of $5,229.77 ("Legal Fees"), and deposit the remaining $256,797.74 plus any additional accrued interest (the "Interpleaded Funds") with the Registry of the Court;

    c.    That this Court issue an order requiring the parties to interplead as to their rights and settle or litigate amongst themselves their claims and rights to the Interpleaded Funds;

    c.    That Wells Fargo be discharged from any and all liability to the parties directly arising from the Restrained Proceeds, Interpleaded Funds, or Legal Fees.

    d.    That Wells Fargo be dismissed, with prejudice, as a party to this action.

DATED this 15th day of March, 2019.

FOX ROTHSCHILD LLP

By: *s/ Wendy E. Lyon*
    Wendy E. Lyon, WSBA No. 34461
    1001 Fourth Ave., Suite 4500
    Seattle WA  98154-1065
    Tel.: (206) 624-3600
    Fax: (206) 389-1708
    wlyon@foxrothschild.com

*Attorneys for Plaintiff Wells Fargo*

LAW OFFICE OF JENNY M. COCHRANE

By: *s/ Jenny M. Cochrane*
    Jenny M. Cochrane, WSBA No. 41789
    777 108th Avenue NE, Suite 2240
    Bellevue, WA  98004-5178
    Tel.:  (425) 451-7276
    Fax:  (206) 338-6527
    jennycochrane@cochranelaw.com

*Attorney for Defendant Lonna L. Jackson, f/k/a Lonna L. Alvarez*

STIPULATION AND SUBJOINED ORDER FOR
INTERPLEADER OF FUNDS AND DISMISSAL - 2
(CASE NO. 2:18-CV-01769-BJR

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

072979\00704\86749890.v4

BADGELY MULLINS TURNER, PLLC

By: *s/ Mark A. Trivett*
Mark A. Trivett, WSBA No. 46375
19929 Ballinger Way NE, Suite 200
Shoreline, WA 98155-8208
Tel.: (206) 621-6543
Fax: (206) 621-9686

*Attorneys for Defendant Ann R. George*

STIPULATION AND SUBJOINED ORDER FOR
INTERPLEADER OF FUNDS AND DISMISSAL - 3
(CASE NO. 2:18-CV-01769-BJR

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

072979\00704\86749890.v4

# ORDER

Based on the forgoing stipulation and a review of the records on file, the Court HEREBY FINDS that it has jurisdiction over the parties and FURTHER ORDERS:

    a.    Wells Fargo to deduct from the $262,027.51 plus any additional accrued interest ("Restrained Proceeds") its reasonable costs and fees incurred in bringing this action, in the amount of $5,229.77 ("Legal Fees"), and to deposit the remaining $256,797.74 plus any additional accrued interest (the "Interpleaded Funds") with the Registry of the Court within fourteen (14) days of this Order;

    b.    Defendants to interplead as to their rights and settle or litigate amongst themselves their claims and rights to the Interpleaded Funds;

    c.    Wells Fargo is hereby discharged from any and all liability to the parties directly arising from the Restrained Proceeds, Interpleaded Funds, or Legal Fees.

    d.    Wells Fargo is hereby dismissed, with prejudice, as a party to this action.

Dated this 18th day of March 2019.

*signature*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

Presented by:

FOX ROTHSCHILD LLP

By: *s/ Wendy E. Lyon*
    Wendy E. Lyon, WSBA No. 34461
    1001 Fourth Ave., Suite 4500
    Seattle WA  98154-1065
    Tel.: (206) 624-3600
    Fax: (206) 389-1708
    wlyon@foxrothschild.com

*Attorneys for Plaintiff Wells Fargo*

STIPULATION AND SUBJOINED ORDER FOR
INTERPLEADER OF FUNDS AND DISMISSAL - 4
(CASE NO. 2:18-CV-01769-BJR

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

072979\00704\86749890.v4

LAW OFFICE OF JENNY M. COCHRANE

By: *Jenny M. Cochrane*
　　Jenny M. Cochrane, WSBA No. 41789
　　777 108th Avenue NE, Suite 2240
　　Bellevue, WA 98004-5178
　　Tel.: (425) 451-7276
　　Fax: (206) 338-6527
　　jennycochrane@cochranelaw.com

*Attorney for Defendant Lonna L. Jackson, f/k/a Lonna L. Alvarez*


BADGELY MULLINS TURNER, PLLC

By: *s/ Mark A. Trivett*
　　Mark A. Trivett, WSBA No. 46375
　　19929 Ballinger Way NE, Suite 200
　　Shoreline, WA 98155-8208
　　Tel.: (206) 621-6543
　　Fax: (206) 621-9686

*Attorneys for Defendant Ann R. George*

STIPULATION AND SUBJOINED ORDER FOR INTERPLEADER OF FUNDS AND DISMISSAL - 5 (CASE NO. 2:18-CV-01769-BJR

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

072979\00704\86749890.v4