UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WELLS FARGO BANK, N.A. | Case No. 2:18-cv-01769-BJR |
| Plaintiff, | **ORDER GRANTING DEFENDANT GEORGE'S MOTION FOR ACCOUNTING** |
| v. | |
| ANN R. GEORGE and LONNA L. JACKSON f/k/a Lonna L. Alvarez, | |
| Defendants. | |

THIS MATTER, having come before the Court upon Defendant George's Motion for Accounting (the "Motion"), and the Court having considered the following:

1. Defendant George's Motion for Accounting (Dkt. #20);

2. Declaration of Ann R. George (Dkt. #21);

3. Defendant George's Notice to the Court Regarding Motion for Accounting; and

4. All pleadings and records on file herein.

After reviewing the docket in this matter, the Court FINDS that Defendant Lonna L. Jackson has not responded to the Motion.

UPON CONSIDERATION, the Court GRANTS the Motion (Dkt. #20) and ORDERS the following:

1.     Defendant Lonna Jackson is directed to produce an accounting of all receipts, disbursements, and transactions, made with Ann R. George's financial assets, or on Ann R. George's behalf, during the term of Defendant Jackson's authority as attorney-in-fact. This accounting must identify the starting balance of any bank, stock, or investment accounts (the "Accounts") in Defendant George's name, and identify any deposits and withdrawals therefrom, as well as the beneficiary of those transactions, and the ending balance of the Accounts. The accounting must also identify any real property assets, and identify any income earned from their use, rental, or sale. Finally, the accounting must include any costs or expenses claimed by Defendant Jackson in connection with her service as Defendant George's attorney-in-fact.

2.     Defendant Jackson must prepare and organize the accounting according to Generally Accepted Accounting Principles.

3.     Defendant Jackson must produce this accounting to counsel for Defendant George within thirty (30) days of the date of this Order. If Defendant Jackson seeks additional time to prepare the accounting, she will show cause to the Court prior to expiration of the thirty (30) day period.

4.     If Defendant Jackson fails to comply with this Order, it may result in a finding of contempt and sanctions.

Dated this 6th day of May, 2019.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge