UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WELLS FARGO BANK, N.A.<br><br>Plaintiff,<br><br>v.<br><br>ANN R. GEORGE and LONNA L. JACKSON f/k/a Lonna L. Alvarez,<br><br>Defendants. | Case No. 2:18-cv-01769-BJR<br><br>**ORDER GRANTING DEFENDANT GEORGE'S MOTION TO CHANGE CASE CAPTION** |

THIS MATTER, having come before the Court upon Defendant George's Motion to Change Case Caption and there being no opposition filed:

UPON CONSIDERATION, the Court GRANTS Defendant George's Motion to Change Case Caption, and ORDERS the Clerk of the Court and the Parties to use the following caption for this matter:

| | |
|---|---|
| ANN R. GEORGE,<br><br>Plaintiff/Crossclaim Defendant<br><br>v.<br><br>LONNA L. JACKSON f/k/a Lonna L. Alvarez,<br><br>Defendant/Crossclaim Plaintiff | Case No. 2:18-cv-01769-BJR<br><br>**[PLEADING TITLE]** |

Dated this 6th day of May, 2019.

_Barbara J Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26