UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNE R. GEORGE,

    *Plaintiff,*

v.

LONNA L. JACKSON

    *Defendants,*

CASE NO. 2:18-cv-01769-BJR

JUDGMENT

| | |
|---|---|
| **1. Judgment Creditor:** | Ann R. George |
| **2. Judgment Creditor Attorney:** | Mark Trivett & Duncan Turner, Badgley Mullins Turner, PLLC |
| **3. Judgment Debtor:** | Lonna L. Jackson |
| **4. Judgment Debtor:** | $5,868.00 |
| **5. Interest Rate:** | Judgment shall accrue interest at the maximum allowable rate provided under 28 U.S.C. § 1961 from the date of entry |

THIS MATTER, having come before the Court upon Plaintiff's Motion for Entry of Judgment, Dkt. No. 58, and the Court having considered the following:

1. Plaintiff's Motion for Entry of Judgment;

2. Subjoined Declaration of Mark A. Trivett; and

3. The pleadings and the record of the case.

It is hereby ORDERED, JUDGED, and DECREED that Judgment shall be in favor of

1

Plaintiff Ann R. George and against Defendant Lonna L. Jackson in the amount of $5,868.00 arising from the Court's Order Granting Motion for Contempt and Sanctions. Said principal shall accrue interest at the maximum rate allowable under 28 U.S.C. § 1961 from the date of entry.

DATED this 21st day of February, ~~2019~~ 2020.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE