**The Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANN R. GEORGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LONNA L. JACKSON f/k/a Lonna L. Alvarez,<br><br>　　　　Defendant. | Case No.  2:18-cv-01769-BJR<br><br>**SUPERSEDING JUDGMENT** |

### JUDGMENT SUMMARY

**1. Judgment Creditor:**　　　　Ann R. George

**2. Judgment Creditor Attorney:**　　Mark Trivett & Duncan Turner
　　　　　　　　　　　　　　　　　Badgley Mullins Turner, PLLC

**3. Judgment Debtor:**　　　　Lonna L. Jackson

**4. Principal Amount:**　　　　$224,848.84

**7. Interest Rate:**　　　　Judgment shall accrue interest at the maximum allowable rate provided under 28 U.S.C. §1961 from the date of entry.

SUPERSEDING JUDGMENT
CASE NO. 2:18-CV-01769-BJR

It is hereby ORDERED, JUDGED, and DECREED that this Court's previous Judgment of February 21, 2020, Dkt. No. 89, is vacated and that judgment shall be entered in favor of Plaintiff Ann R. George and against Defendant Lonna L. Jackson in the amount of $224,848.84. The principal shall accrue interest at the maximum rate allowable under 28 U.S.C. §1961 from the date of entry.

DATED this 5th day of May, 2020.

*Barbara J. Rothstein*
BARBARA J. ROTHSTEIN
U.S. DISTRICT COURT JUDGE